[No. 35412-8-II. Division Two. February 20, 2008.]

GLENN JOHNSON ET AL., *Respondents*, v. GOLDEN EAGLE EXPRESS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-02776-8, Diane M. Woolard, J., entered August 30, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 35422-5-II. Division Two. February 20, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ANDREW CHICO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00520-1, M. Karlynn Haberly, J., entered September 29, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Hunt, JJ.

[No. 35570-1-II. Division Two. February 20, 2008.]

*In the Matter of the Marriage of* NEIL R. MASON, *Appellant*, and ROBIN R. MASON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-3-01107-5, Vicki L. Hogan, J., entered October 13, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Hunt, JJ.

[No. 35635-0-II. Division Two. February 20, 2008.]

*In the Matter of the Marriage of* GORDON FRIEND RENNIE, *Respondent*, and CYNTHIA ANNE RENNIE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-3-00667-7, Christine A. Pomeroy, J., entered November 3, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Penoyar, JJ.